UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| FRANK LULLI, an individual,<br><br>　　Plaintiff,<br><br>vs.<br><br>CARRIER CORPORATION, a Delaware corporation; ELIZABETH HAGGERTY, an individual; and DOES 1 through 20, inclusive,<br><br>　　Defendants. | Case No. SACV10-1930 JAK (AGRx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION**<br><br>JS-6<br><br>[Stipulation To Dismiss Action filed concurrently herewith] |

1    Pursuant to the Stipulation entered into by Plaintiff Frank Lulli and
2 Defendants Carrier Corporation and Elizabeth Haggerty, this action is hereby
3 dismissed with prejudice.  Each party shall bear its or her own attorneys' fees and
4 costs in this action.

**IT IS SO ORDERED.**

Dated: June 17, 2011

_____
JOHN A. KRONSTADT
United States District Court Judge
Central District of California